UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENISE CARTER, * | |
| MARK CARTER * | |
| * | |
| Plaintiffs, * | |
| * | JURY DEMAND |
| * | CASE NUMBER: |
| HOMEWOOD SUITES MANAGEMENT, LLC, * | 2:12-cv-02527-NJB-ALC |
| APPLE SEVEN SERVICES NEW * | |
| ORLEANS, L.P., APPLE SERVICES * | |
| MANAGEMENT SERVICES NEW ORLEANS * | |
| GP, INC., APPLE REIT SIX, INC., * | |
| ECOLAB, INC., AND FEDERAL INSURANCE * | |
| COMPANY * | |
| * | |
| Defendants. * | |

## NOTICE OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come complainants, Denise Carter and Mark Carter who pursuant to Rule 41 of the Federal Rules of Civil Procedure file this Notice of Dismissal.

The record will reflect that no opposing party has filed an Answer, Motion for Summary Judgment, or any responsive pleadings.

The record will also reflect that this matter does not involve Federal Rule 23 or Rule 66.

Pursuant to Rule 41, this Notice is filed without the necessity of Court Order, and is filed specifically without prejudice.

1

Respectfully submitted:

**SHEARMAN~DENENEA, L.L.C.**

BY: **/s/ John H. Denenea, Jr.**
**JOHN H. DENENEA, JR. (#18861)**
**BRIAN G. SHEARMAN (#19151)**
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
Fax: (504) 304-4587
*Attorneys for Plaintiffs, Denise Carter and Mark Carter*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.

I further certify that there are no non-CMECF participants in this matter.

/s /John H. Denenea, Jr.
**JOHN H. DENENEA, JR.**